

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Jesse James
State Treasurer
Austin, Texas

Dear Mr. James:

Opinion No. O-5240

Re: Authority of the Treasurer
to pay a general revenue
warrant upon the endorse-
ment or receipt of an agent
of the payee acting under a
power of attorney.

You write us as follows:

"Please advise if the enclosed photo-
static copy of a power of attorney author-
izes Mr. Sidney Benbow, of Harris County,
Texas, to endorse for the National Biscuit
Company a General Revenue Warrant No. 415,
083, dated April 3, 1943, and in the amount
of $21,424.02."

The pertinent part of the photostatic copy ac-
companying your letter is as follows:

"The National Biscuit Company, a cor-
poration of New Jersey, has made, consti-
tuted and appointed, and by these presents
does make, constitute and appoint Sidney
Benbow of Harris County, Texas, its true
and lawful agent and attorney-in-fact for
it and in its name, place and stead to pre-
sent before the Legislature of Texas, or
any other duly constituted agency of govern-
ment of the State of Texas, any and all
claims, rights, title or interest that said
corporation may have against the State of
Texas, * * *

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Jesse James - page 2

"* * *

"And our said agent and attorney-in-fact
is hereby given and granted full power and
authority to prosecute, collect, receipt for,
and to execute and sign, all papers, releases,
or other instruments in the name of the under-
signed that may be necessary in the collection
of such taxes of payments that are now due or
become due to said National Biscuit Company by
the State of Texas by virtue of payments made
to the State of Texas prior to the execution
of this instrument; * * *"

The photostat copy shows the signature of the
payee as follows:

"NATIONAL BISCUIT COMPANY
"By   C. P. Montgomery
         Vice President

"ATTEST:
"C. F. Bliss
"Secretary."

Of course, any payment by you to any one other
than the payee named in the warrant would be at your peril.

Although not a negotiable instrument, the war-
rant, nevertheless, may be transferred by assignment of
the payee; or the same may be paid to another who has been
duly authorized to receive and receipt therefor.

Assuming that the photostatic instrument is a cor-
rect copy of the original power of attorney, and that the
original itself was a genuine instrument you are authorized
to make payment to Mr. Benbow, otherwise, of course, you
would not be authorized to make such payment.

Nothing we have said implies in any way that the
National Biscuit Company did not execute the power of at-
torney, nor that the photostat accompanying your letter is
not an accurate reproduction of their instrument. We are
making this statement, however, in the interest of legal
accuracy.

Whether the payment be made to the Company or to Mr. Benbow, it is necessary that an acknowledgment of payment of the judgment in favor of the National Biscuit Company in the case of that Company against the State of Texas, and a release of the State from all liability thereunder, be executed as required by Senate Bill No. 185 of the 48th Legislature, and delivered to you.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR

APPROVED APR 29, 1943

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN